IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:08-CV-49-H(3)

DOROTHY MAY WRIGHT,                    )
                                       )
        Plaintiff,                     )
                                       )
                                       )
        v.                             )            **ORDER**
                                       )
                                       )
L.T. LARRY S. GUYTON, et al.,          )
                                       )
        Defendants.                    )
                                       )

        This matter is before the court on plaintiff's motion to

proceed in forma pauperis and for frivolity review pursuant to 28

U.S.C. § 1915(e)(2).   Magistrate Judge William A. Webb filed a

Memorandum and Recommendation ("M&R") on April 7, 2008,

recommending that plaintiff's motion to proceed in forma pauperis

be granted and recommending that the underlying complaint be

dismissed as frivolous for failure to state a claim upon which

relief can be granted.   Plaintiff has filed no objections to the

M&R, and the time for doing so has expired. Therefore, this matter

is ripe for adjudication.

        A full and careful review of the M&R and other documents of

record convinces the court that the recommendation of the

magistrate judge is, in all respects, in accordance with the law

and should be approved.

Accordingly, the court adopts the recommendation of the magistrate judge as its own; and for the reasons stated therein, the plaintiff's motion to proceed in forma pauperis is GRANTED, but her complaint is dismissed as frivolous for failure to state a claim upon which relief may be granted. The clerk is directed to close the case.

This _2ⁿ_ day of September 2008.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26